*Exhibit 2 – Proof of Service of Tort Claim Letter*







## AFFIDAVIT OF RYAN WILSON

I, RYAN WILSON, the undersigned affiant, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That I am at least 18 years of age and not a party to this action.

2. That on the 11th Day of March, 2019, I personally served, Chief Deputy Andy McCants, Sheriff Pro Tempora, a complete set of the original Notice of Claim regarding Felicia Ann Robinson.

FURTHER THE AFFIANT SAITH NOT.

This the 11 Day of March, 2019.

_____
RYAN WILSON

State of Mississippi
County of Oktibbeha

I am a Notary Public in the and for the State and County named above. The person who signed this instrument is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is shown above as RYAN WILSON. RYAN WILSON personally appeared before me and signed above or acknowledged the signature above as his own. I declare under penalty of perjury that RYAN WILSON appears to be of sound mind and under no duress, fraud, or undue influence.

My Commission Expires: _____
My Commission Expires December 31, 2019

By: _____
NOTARY PUBLIC

## AFFIDAVIT OF RYAN WILSON

I, RYAN WILSON, the undersigned affiant, being of sound mind and under no duress, do hereby certify, attest, and affirm that the following facts are true and correct, to wit:

1. That I am at least 18 years of age and not a party to this action.

2. That on the 11th Day of March, 2019, I personally served, Webster County Sheriff Tim Mitchell, a complete set of the original Notice of Claim regarding Felicia Ann Robinson.

**FURTHER THE AFFIANT SAITH NOT.**

This the 11 Day of March, 2019.

_____
RYAN WILSON

State of Mississippi
County of Oktibbeha

I am a Notary Public in the and for the State and County named above. The person who signed this instrument is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is shown above as **RYAN WILSON**. **RYAN WILSON** personally appeared before me and signed above or acknowledged the signature above as his own. I declare under penalty of perjury that **RYAN WILSON** appears to be of sound mind and under no duress, fraud, or undue influence.

My Commission Expires: _____

My Commission Expires December 31, 2019

By: _____
NOTARY PUBLIC

Exhibits Page 62 of 66