*Exhibit 3 – CMS Conditional Payment Report*



**H - HCPCS Code, D - DRG Code
***Part-A Claim Primary Diagnosis Code is denoted in bold font

| | | |
|---|---|---|
| Sum of Total Charges | | $878,956.61 |
| Total Reimbursed Amount | | $134,837.22 |
| Total Conditional Payments | | $133,588.38 |

Page 15 of 15

Exhibits Page 64 of 66