*Exhibit 4 – Indictment of Daren Patterson - 2019*

**INDICTMENT**

THE STATE OF MISSISSIPPI

VERSUS

CAUSE NO.: 2019- 12 CR

DAREN PATTERSON a/k/a "PAP"

INDICTMENT FOR THE OFFENSES OF:
COUNT I:   AGGRAVATED ASSAULT         MCA § 97-3-7(2)(a)(i)
COUNT II:  KIDNAPPING                 MCA § 97-3-53

SENTENCE ENHANCEMENT:
    HABITUAL OFFENDER                 MCA § 99-19-81

THE STATE OF MISSISSIPPI
COUNTY OF WEBSTER

### IN THE CIRCUIT COURT OF WEBSTER COUNTY, JANUARY TERM, 2019
### Grand Jury Recalled May 21, 2019

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empanelled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

**COUNT I:   DAREN PATTERSON a/k/a "PAP"**

On or about November 2, 2018, in Webster County, Mississippi, and within the jurisdiction of this Court, did willfully, unlawfully, feloniously and purposely or knowingly cause serious bodily injury to Felicia Robinson or did recklessly cause serious bodily injury under circumstances manifesting extreme indifference to the value of human life, in violation of Mississippi Code Section 97-3-7(2)(a)(i), as amended, constituting a common plan or scheme or related series of acts or transactions, and against the peace and dignity of the State of Mississippi, and that;

**COUNT II:  DAREN PATTERSON a/k/a "PAP"**

On or about November 2, 2018, in Webster County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously and without lawful authority and with or without intent to secretly confine, forcibly seize and confine, or inveigle or kidnap Felicia Robinson, a human being, with the intent to cause the said Felicia Robinson to be confined or imprisoned against her will, in violation of Section 97-3-53 of the Mississippi Code of 1972, as amended, constituting a common plan or scheme or related series of acts or transactions, and against the peace and dignity of the State of Mississippi.

FILED
WEBSTER COUNTY
MAY 21 2019
SHERRY B. HENDERSON, CIRCUIT CLERK
BY _____ D.C.