## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**FELICIA ROBINSON**                                          **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO: 1:19-CV-00121-SA-DAS**

**WEBSTER COUNTY, MISSISSIPPI;**
**WEBSTER COUNTY SHERIFF'S DEPARTMENT;**
**TIM MITCHELL; SANTANA TOWNSEND;**
**DAREN PATTERSON; and**
**JOHN DOES 1-30**                                           **DEFENDANTS**

### MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING
### DUPLICATE OFFICIAL CAPACITY CLAIMS

**COME NOW, DEFENDANTS**, Tim Mitchell (Officially), Santana Townsend (Officially),

Webster County Sheriffs Department (Not Amenable to Suit) and Webster County (the Proper Party)

by counsel, and respectfully seek dismissal of all duplicate and improper official capacity defendants

other than Webster County pursuant to *Fed. R. Civ. Proc.* 12(c), to wit:

1.      Tim Mitchell and Santana Townsend are named in their official capacities as duly

sworn law enforcement officers with the Webster County Sheriff's Department **[Doc. 1**, Complaint**]**.

Both are merely duplicate official capacity defendants who should be dismissed according to well

established authority.[1]

2.      Plaintiff has added the Webster County Sheriff's Department as a Defendant, but the

WCSD is not amenable to suit here.

**BRIEFING:**     As required by our local rules, an appropriate memorandum of supporting

authority is being filed herewith.

_____

[1]*Estate of Manus v. Webster County*, 2014 U.S. Dist. LEXIS 43536, Pages 7-8 (N.D. Miss. Mar. 31, 2014).

1

**NOW, THEREFORE,** Defendants Tim Mitchell and Santana Townsend, in their official capacities, respectfully pray they be dismissed in their official capacities.

**RESPECTFULLY SUBMITTED,** this the 15th day of August, 2019.

**JACKS | GRIFFITH | LUCIANO, P.A.**

By: ___/s/ ***Daniel J. Griffith***_____
            Daniel J. Griffith, MS Bar No. 8366
            Mary McKay Griffith, MS Bar No. 100785
            Attorneys for Official Defendants

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: dgriffith@jlpalaw.com
      mgriffith@jlpalaw.com
      www.jlpalaw.com

## CERTIFICATE OF SERVICE

I, Daniel J. Griffith, attorney of record for Defendants, Tim Mitchell (Officially) and Santana Townsend (Officially), do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Judgment on the Pleadings to Dismiss Duplicate Official Claims* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

> Matthew D. Wilson, Esq.
> Law Office of Matthew Wilson, PLLC
> 212 East Main Street
> Starkville, MS 39759
> Phone: (662) 312-5039
> Email: starkvillelawyer@gmail.com
> **Attorney for Plaintiff**
>
> William R. Allen, Esq.
> Allen, Allen, Breeland & Allen, PLLC
> 214 Justice Street
> P.O. Box 751
> Brookhaven, MS 39602
> Phone: (601) 833-4361
> Email: wallen@aabalegal.com
> **Attorney for Defendants Tim Mitchell and Santana Townsend, Individually**

**DATED** this 15th day of August, 2019.

> /s/ ***Daniel J. Griffith***
> Daniel J. Griffith