IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**FELICIA ROBINSON**                                    **PLAINTIFFS**

**v.**                                 **CIVIL ACTION NO: 1:19-CV-00121-SA-DAS**

**WEBSTER COUNTY, MISSISSIPPI;**
**WEBSTER COUNTY SHERIFF'S DEPARTMENT;**
**TIM MITCHELL; SANTANA TOWNSEND;**
**DAREN PATTERSON; and**
**JOHN DOES 1-30**                                    **DEFENDANTS**

## MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING WEBSTER COUNTY SHERIFF'S DEPARTMENT FROM STATE LAW CLAIMS

**NOW COMES DEFENDANT,** Webster County Sheriff's Department, by counsel, and respectfully moves pursuant to Rule 12(c) for dismissal of all claims under state law under the Mississippi Tort Claims Act, *Miss. Code Ann.* §11-46-1, et seq., as follows:

**1. PREMISE:** Webster County Sheriff's Department is not a proper defendant under state law. Official claims under state law are not authorized against a governmental entity.

**2. BRIEFING:** As required by our local rules, an appropriate memorandum of supporting authority is being filed herewith.

**NOW, THEREFORE,** Defendant Webster County Sheriff's Department respectfully prays all state law claims be dismissed.

**RESPECTFULLY SUBMITTED,** this the 15th day of August, 2019.

                                               **JACKS | GRIFFITH | LUCIANO, P.A.**

                                        By:    /s/ *Daniel J. Griffith*
                                                    Daniel J. Griffith, MS Bar No. 8366
                                                    Mary McKay Griffith, MS Bar No. 100785

                    Attorneys for Defendant Webster County Sheriff's Department

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: dgriffith@jlpalaw.com
       mgriffith@jlpalaw.com
www.jlpalaw.com

<u>**CERTIFICATE OF SERVICE**</u>

      I, Daniel J. Griffith, attorney of record for Defendants, Tim Mitchell (Officially) and Santana Townsend (Officially), do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Judgment on the Pleadings Dismissing Webster County Sheriff's Department from State Law Claims* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

                    Matthew D. Wilson, Esq.
                    Law Office of Matthew Wilson, PLLC
                    212 East Main Street
                    Starkville, MS 39759
                    Phone: (662) 312-5039
                    Email: starkvillelawyer@gmail.com
                    **Attorney for Plaintiff**

                    William R. Allen, Esq.
                    Allen, Allen, Breeland & Allen, PLLC
                    214 Justice Street
                    P.O. Box 751
                    Brookhaven, MS 39602
                    Phone: (601) 833-4361
                    Email: wallen@aabalegal.com
                    **Attorney for Defendants Tim Mitchell and Santana Townsend, Individually**

      **DATED** this 15th day of August, 2019.

                      /s/ ***Daniel J. Griffith***
                      Daniel J. Griffith